IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Shaun Michale Richburg,<br><br>                     Plaintiff,<br><br>vs.<br><br>Andrew M. Saul,<br>Commissioner of Social Security,<br><br>                     Defendant. | Civil Action No. 6:18-3238-RMG-KFM<br><br>**ORDER** |

The defendant, Andrew M. Saul, Commissioner of Social Security, by his attorney, Barbara M. Bowens, Assistant United States Attorney for the District of South Carolina, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Specifically, on remand, the Appeals Council will refer the plaintiff's case to an Administrative Law Judge for an opportunity for a new hearing and a new decision. The plaintiff, through his attorney, Beatrice E. Whitten, consents to remand.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Upon consideration of the defendant's unopposed motion to remand, it is hereby

**ORDERED** that the defendant's motion (doc. 18) is granted, and this action is remanded to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g).

Richard M. Gergel
United States District Judge

September 11, 2019
Charleston, South Carolina